

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRUCE H. MATSON,<br><br>*Defendant*. | Case No. 3:21CR 079<br><br>18 U.S.C. § 1505<br>Obstruction of an Official Proceeding<br>(Count 1) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### GENERAL ALLEGATIONS

At all times material to this Information, unless otherwise stated:

1. Defendant BRUCE H. MATSON was an attorney who practiced bankruptcy law at the Richmond, Virginia-based law firm LeClairRyan.

2. LandAmerica Financial Group, Inc. (LFG), was one of the largest title insurance companies in the United States. Headquartered in Glen Allen, Virginia, LFG owned numerous subsidiaries that provided additional services related to real estate transactions.

3. In or about November 2008, LFG filed for Chapter 11 bankruptcy protection in the U.S. Bankruptcy Court for the Eastern District of Virginia, Richmond Division, Case No. 08-35994-KRH.

4. In or about November 2009, the Bankruptcy Court approved a Joint Chapter 11 Plan that had been agreed to by the majority of LFG's creditors. The Plan established a liquidating trust (the LFG Liquidation Trust or the Trust) to facilitate the liquidation of LFG's remaining assets and the orderly distribution of those assets to creditors.

5. Defendant BRUCE H. MATSON was appointed the LFG Liquidation Trustee. In that role, MATSON served as the fiduciary responsible for administering the LFG Liquidation Trust.

6. The United States Trustee Program is the component of the Department of Justice responsible for overseeing the administration of cases and private trustees under 28 U.S.C. § 586 and 11 U.S.C. § 101, *et seq.* The Program has broad administrative, regulatory and enforcement authority to promote the integrity and efficiency of the bankruptcy system for the benefit of all stakeholders—debtors, creditors, and the public. As such, the Program is an agency of the United States as defined by 18 U.S.C. § 6.

## COUNT ONE
(Obstruction of an Official Proceeding)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

7. Between on or about August 25, 2019, and on or about November 25, 2019, within the Eastern District of Virginia and elsewhere, the defendant, BRUCE H. MATSON, did corruptly influence, obstruct and impede, and endeavor to influence, obstruct and impede, the due and proper administration of the law under which a pending proceeding was being had before an agency of the United States, that is the United States Trustee Program.

(In violation of Title 18, United States Code, Section 1505).

RAJ PAREKH
ACTING UNITED STATES ATTORNEY

By: *Katherine Lee Martin*
Katherine Lee Martin
Kevin S. Elliker
Assistant United States Attorneys

2