CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: Colombell  DOCKET NO. 3:21cr79
REPORTER: FTR  DATE: 7/22/21

UNITED STATES OF AMERICA  COUNSEL
v.  + Danny Onorato

1. Bruce H. Matson  1. Brandon Santos + Richard Cullen
Deft appeared via VTC ( ) ZOOM ( )

APPEARANCES: GOVERNMENT Katherine Martin (x)
DEFENDANT WITH COUNSEL (x) DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( ) WAIVER OF APPEARANCE FILED ( )
INTERPRETER _____ ( )

BAIL STATUS: DEFENDANT ON BOND ( ) DEFENDANT ON SUPERVISED RELEASE ( )
DEFENDANT INCARCERATED ( ) BOND NOT SET ( x )

TYPE OF PROCEEDINGS: INITIAL ( x ) ARRAIGNMENT ( ) REARRAIGNMENT/GUILTY PLEA ( )
PRELIMINARY ( ) DETENTION ( ) MOTIONS ( ) OTHER: Bond ( x )
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION ( )

PRELIMINARY PROCEEDINGS: WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

INITIAL HEARING PROCEEDINGS: DATE OF ARREST: _____ GOVT'S MOTION TO UNSEAL ( )
GOVT SUMMARIZED CHARGES ( x ) DEFT ADVISED OF RULE 5 RIGHTS ( ✓ )
FINANCIAL AFFIDAVIT ( ) COUNSEL TO BE APPOINTED ( )
DEFT TO RETAIN COUNSEL ( x ) Brandon Santos
GOVT'S MOTION TO DETAIN DEFT ( ) ORDER OF TEMPORARY DETENTION ( )
DEFT REMANDED ( ) DETENTION HEARING SET: _____

PRELIMINARY HEARING PROCEEDINGS: GOVT ADDUCED EVIDENCE ( ) DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) PROBABLE CAUSE FOUND ( )
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( ) DEFT REMANDED ( )
WITNESS(ES) _____

DETENTION HEARING PROCEEDINGS: GOVT ADDUCED EVIDENCE ( ) DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) DEFENDANT CONTINUED ON PRESENT BOND ( )
DEFT HELD W/O BOND ( ) FLIGHT RISK ( ) DANGER ( )
GOVT NOT SEEKING DETENTION ( x ) DEFENDANT RELEASED ON BOND ( x )
ELECTRONIC MONITORING ( ) 3rd PARTY CUSTODIAN ( )
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED ( )
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )
DEFT REMANDED ( )
WITNESS(ES) _____

COURT REMINDED COUNSEL OF PROSECUTORIAL OBLIGATIONS AS REQUIRED UNDER RULE 5(F) ( X )

CASE CONTINUED TO: 7/22/21 @ 11:00AM FOR Plea
CASE SET: 10:30 BEGAN 10:32 ENDED: 10:40 TIME IN COURT: 8 MINS