## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:21cr79-JAG |
| | ) | |
| BRUCE H. MATSON, | ) | |
| | ) | |
| *Defendant*. | ) | |

### MOTION PURSUANT TO U.S.S.G. § 3E1.1(b)

The United States of America, through its attorneys, Jessica D. Aber, United States Attorney for the Eastern District of Virginia, and Thomas A. Garnett, Assistant United States Attorney, moves this Court pursuant to U.S.S.G. § 3E1.1(b) to grant an additional one-level reduction in the defendant's offense level for acceptance of responsibility. The Government states that the defendant has assisted authorities in the investigation and prosecution of her own misconduct by timely notifying the United States of the defendant's intention to enter a plea of guilty, thereby permitting the United States to avoid preparing for trial and permitting the United States and the Court to allocate their resources efficiently.

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

                    /s/
Thomas A. Garnett
Virginia Bar No. 86054
Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Phone: (804) 819-5400
Fax: (804) 771-2316
Email: Thomas.A.Garnett@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2021, I electronically filed the foregoing position with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

I also hereby certify that on November 8, 2021, I emailed a true and accurate copy of this Position on Sentencing to the following:

Patrick H. Raible
United States Probation Officer
Suite 1150
701 East Broad Street
Richmond, Virginia 23219

                                                /s/
Thomas A. Garnett
Virginia Bar No. 86054
Assistant United States Attorney
Attorney for the United States
U.S. Attorney's Office
919 E. Main Street, Suite 1900
Richmond, Virginia 23219
Phone: 804-819-5400
Fax:    804-771-2316
Email: Thomas.A.Garnett@usdoj.gov

2