IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.                                           Criminal Action No. 3:21-cr-79

BRUCE H. MATSON,
          Defendant.

## NOTICE

Along with his sentencing position, Bruce Matson submitted fifty-one letters that family, friends, and colleagues had written in support. (ECF No. 27-3.) The Court received letters from:

| | | |
|---|---|---|
| Cheryl Matson | Michael Hern | Tinky Keen |
| Brooke Matson | Thomas Hotchkiss | David Barrett |
| Amy Matson | William Broscious | Thomas Simmons |
| Joseph Bimonte | John Bollinger | Michael Wise |
| Sara Bimonte | W. Keith Nix | Henry Shaia, Jr. |
| Jennifer Halloran | Matthew Meyer | John McCauley |
| Carl Meyer | Daniel Blankenship | William Saunders |
| Kim Lord | Diane Sampson | Jeffrey Sabin |
| Sandra Hanna | Stephen Isaacs | Steven Byrd |
| George Whitley | Neville Harris | Robert Canfield |
| Bonnie Lenox | Randle Storm | Ned Crosby |
| Jennifer Mistal-Kashinejad | Gregory Behrens | Jane Dry |
| Jaime Stack | Linda Keener | Trenton Hizer |
| C. Thomas Ebel | Gerald Ransone | John Jung, Jr. |
| Gary LeClair | Reverend Joel Woodruff | Kevin Walsh |

| Paula Tarrant | Craig Young | Robert Light |
| --- | --- | --- |
| Dennis Tarrant | Bruce White | Jane VanHouten |

The Court has reviewed each of these letters and will consider them when imposing a sentencing on the defendant.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 19 November 2021
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge